Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | § § § |
| Rudolph Biera | § Case No.12-10253-RLJ-13 § |
| Debtor | § § |

MOTION TO SELL SECURED PROPERTY FREE AND CLEAR OF LIENS

Comes now Debtor, Rudolph Biera, and respectfully show the Court the following:

1. Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on August 30, 2012.

2. Debtor received a loan from Bank Of America, N.A. for the purchase of 2913 Lipizzan Dr. Denton, Texas further described as Lot 52, Block V, Wheeler Ridge Phase Three, Denton, Denton County, Texas:

3. Debtor has scheduled Bank Of America, N.A. as a secured creditor on Schedule D of the petition and has treated Bank Of America, N.A. as a secured creditor in the Chapter 13 Plan;

4. Debtor wishes to sell the house and apply the proceeds of such sale to the principle debt owing Bank Of America, N.A. in the approximate amount of $130,000.00 , and;

5. Debtor has located a buyer and an agreement has been reached to sell the house for $140,100.00. Said agreement is attached as EXHIBIT A.

6. Debtor requests that the Court grant permission to pay such expenses of sale as set forth in the said attached agreement (EXHIBIT A).

7. Debtor requests permission to pay to Monte J. White and Associates, PC the amount of $400.00 directly for the preparation and filing of this motion.

FOR THESE REASONS, Debtor requests an order allowing the sale of real property located at 2913 Lipizzan Dr., Denton, Texas, that Bank Of America, N.A.'s lien attach to the proceeds of the sale pending distribution, that costs of sale be paid as per the contract at closing, that taxes be prorated to and paid at the time of closing, that the Trustee be provided a copy of the closing statement that attorney fees in the amount of $400.00 are approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

/s/Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IMPORTANT NOTICE

PURSUANT TO LOCAL BANKRUPTCY RULE 9007, YOU ARE HEREBY NOTIFIED THAT NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT ON OR BEFORE TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE TO (1) THE DEBTOR AND DEBTOR'S ATTORNEY; (2) THE OFFICE OF THE U.S. TRUSTEE; (3)ANY TRUSTEE AND THE TRUSTEE'S ATTORNEY; (4) THE MEMBERS OF ANY OFFICIAL COMMITTEE, OR THE ATTORNEY FOR ANY OFFICIAL COMMITTEE IF AN ATTORNEY HAS BEEN EMPLOYED; OR, IF THERE IS NO COMMITTEE, THE TWENTY (20) LARGEST UNSECURED CREDITORS; (5) ANY PARTY REQUESTING NOTICE; (6) ANY PARTY NAMED ON A COURT-APPROVED ALTERNATIVE SERVICE LIST; (7) THE RESPONDING PARTIES; AND (8) ANY OTHER AFFECTED ENTITY.

IF NO HEARING ON SUCH NOTICE OR MOTION INITIATING A CONTESTED MATTER IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 27, 2013, a true and correct copy of the foregoing was served on all parties on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 12-10253-rlj13<br>Northern District of Texas<br>Abilene<br>Wed Nov 27 09:15:47 CST 2013 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 |
| ADT Security Services<br>PO Box 551200<br>Jacksonville, FL 32255-1200 | AZUREA I, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Allen L. Adkins & Associates, P.C.<br>P.O. Box 3340<br>Lubbock, TX 79452-3340 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | (c)ASPIRE-CB & T<br>9 CORPORATE RIDGE PKWY<br>COLUMBUS GA 31907-3049 | Asset Acceptance LLC<br>P.O. Box 2036<br>Warren MI 48090-2036 |
| Asset Acceptance Llc<br>Po Box 1630<br>Warren, MI 48090-1630 | Bank Of America, N.a.<br>450 American St<br>Simi Valley, CA 93065-6285 | Bank of America, N.A.<br>CO BDFTE, LLP<br>15000 Surveyor Blvd Suite 100<br>Addison, TX 75001-4417 |
| Bank of America, N.A. CO<br>Michael W. Zientz<br>Mackie Wolf Zientz & Mann, P.C.<br>Parkway Office Center South, Suite 900<br>14160 North Dallas Parkway<br>Dallas, Texas 75254-4314 | Bank of America,N.A.<br>P.O.BOX 660933<br>DALLAS,TX 75266-0933 | Barclays Bank Delaware<br>Attention: Bankruptcy<br>PO Box 1337<br>Philadelphia, PA 19101 |
| CAPITAL ONE BANK -USA, N.A.<br>PO Box 12907<br>Norfolk VA 23541-0907 | CONN APPLIANCES INC AS ATTORNEY-IN-FACT AND<br>P.O. BOX 2358<br>BEAUMONT, TX 77704-2358 | Capital One Bank -USA, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One, N.a.<br>Capital One Bank -USA N.A.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Chase Bank<br>PO Box 15902<br>Wilmington, DE 19850 | City of Denton<br>CO Gregory J. Sawko<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr.<br>Denton, Texas 76210-8350 |
| Compass Bank<br>15 20th St S Fl 9<br>Birmingham, AL 35233-2011 | Compass Bank<br>PO Box 4835<br>Houston, TX 77210-4835 | Conns Credit Corp<br>Box 2356<br>Beaumont, TX 77704-2356 |
| Credit First NA<br>Po Box 818011<br>Cleveland, OH 44181-8011 | Credit First-CFNA-Firestone<br>BK13 Credit Operations<br>PO Box 818011<br>Cleveland, OH 44181-8011 | Denton County<br>Lee Gordon<br>P O Box 1269<br>Round Rock, TX 78680-1269 |
| Denton County Tax Appraisal Office<br>3911 Morse St.<br>Denton, TX 76208-6331 | Denton Independent School District<br>CO Mark A. Burroughs<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr.<br>Denton, Texas 76210-8350 | Discount Tire Service<br>2990 Catclaw Dr.<br>Abilene, TX 79606-1568 |

| | | |
|---|---|---|
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | GE Money Bank<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | Gemb-walmart<br>P.O. Box 981127<br>El Paso, Texas 79998-1127 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc Nv<br>P.O. Box 19360<br>Portland, Oregon 97280-0360 | Internal Revenue Service<br>1100 Commerce<br>MC 5029 DAL<br>Dallas, TX 75242-1100 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Lowes - MBGA - GEMB<br>Attention: Bankruptcy Department<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Mitsubishi Motor Credi<br>MMCA<br>PO Box 4401<br>Bridgeton, MO 63044-0401 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 |
| PRA Receivables Management, LLC<br>POB 41067<br>NORFOLK, VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Regional Acceptance Co<br>Attn: Bankruptcy<br>266 Beacon Ave<br>Winterville, NC 28590-7924 |
| Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 | Rudolph Biera<br>2913 Lipizzan Dr.<br>Denton, TX 76210-0506 | Tate & Kirlin Assoc<br>2810 Southhampton RD<br>Philadelphia, PA 19154-1207 |
| Western Finance<br>4222 North 1st Street<br>Abilene, TX 79603-6720 | Western Shamrock Corporation<br>Attention: Bankruptcy<br>801 S Abe St.<br>San Angelo, TX 76903-6735 | Wheeler Ridge Homeowners Assocation<br>CO RTI-mmunity Management Associates,<br>1800 Preston Park Blvd, Ste. 101<br>Plano, TX 75093-5198 |
| Wheeler Ridge Homeowners Association<br>1800 Preston Park Blvd, Ste. 101<br>Plano, TX 75093-5198 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Portfolio Rc<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>CO Compass Bank<br>POB 41067<br>Norfolk VA 23541 |

(d)Portfolio Recovery Associates, LLC
CO Roomstores
POB 41067
Norfolk VA 23541

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Aspire-cb & t
9 Mutec Dr
Columbus, GA 31907

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America, N.A. | (d)Denton County<br>Lee Gordon<br>P O Box 1269<br>Round Rock, TX 78680-1269 | (d)PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| (d)Rudolph Biera<br>2913 Lipizzan Dr.<br>Denton, TX 76210-0506 | End of Label Matrix<br>Mailable recipients   53<br>Bypassed recipients    4<br>Total                 57 | |